IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD J. AND VICKIE FANGMAN, *et al.* on behalf of themselves and others similarly situated, | * * | |
| Plaintiffs, | * | Civil Action No.:1:14-cv-00081-RDB |
| v. | * | |
| GENUINE TITLE, LLC, *et al.*, | * | |
| Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**DEFENDANT WEST TOWN BANK & TRUST'S**
**<u>MOTION TO DISMISS SECOND AMENDED COMPLAINT</u>**

Defendant West Town Bank & Trust a/k/a West Town Savings Bank, by and through its undersigned counsel, hereby moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss the second amended class action complaint and demand for jury trial filed by Plaintiffs for lack of subject matter jurisdiction or, in the alternative, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. To the extent any of Plaintiffs' claims remain, they should either be dismissed or severed because those claims are misjoined pursuant to Rule 20 of the Federal Rule of Civil Procedure.

WHEREFORE, Defendant West Town Bank & Trust a/k/a West Town Savings Bank respectfully requests that Plaintiffs' second amended class action complaint and demand for jury trial be dismissed with prejudice. Proposed Orders are attached for the Court's consideration.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

/s/
_____
Brian L. Moffet, Bar No. 13821
Zachary S. Schultz, Bar No. 03927
GORDON FEINBLATT LLC
233 E. Redwood Street
Baltimore, MD  21202
410-576-4291
410-576-4278
Fax:  410-576-4246
bmoffet@gfrlaw.com
zschultz@gfrlaw.com

**Attorneys for Defendant West Town**
**Bank & Trust a/k/a West Town Savings Bank**

## CERTIFICATE OF SERVICE

I hereby certify, this 21st day of July, that I served copies of the foregoing Motion to Dismiss, accompanying Memorandum of Law and proposed Orders via this Court's CM/ECF system to counsel of record for the parties.

_____/s/_____
Brian L. Moffet