IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **EDWARD J. AND VICKIE, FANGMAN, et al.** | * |
| | *     Case No.: 1:14-cv-00081-RDB |
|       Plaintiffs, | |
| | * |
| v. | |
| | * |
| **GENUINE TITLE LLC, et al.** | |
| | * |
|       Defendants. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS OF
## DEFENDANT PNC BANK, N.A.

Defendant PNC Bank, N.A., including its unincorporated division PNC Mortgage ("PNC"), through counsel, pursuant to Federal Rules 12(b)(1) and 12(b)(6), hereby moves to dismiss the Second Amended Complaint in the above-captioned matter. In support of its motion, PNC submits the accompanying Memorandum of Law, as well as a proposed order.

                                                                                          Respectfully submitted,

July 21, 2015
                                                                 */s/ Daniel J. Tobin*
                                                                 Daniel J. Tobin  (No. 10338)
                                                                 BALLARD SPAHR LLP
                                                                 1909 K Street, NW, 12th Floor
                                                                Washington, DC 20006
                                                               (202) 661-2256
                                                               (202) 661-2299
                                                               tobindj@ballardspahr.com

                                                               */s/ Robert A. Scott*
                                                                 Robert A. Scott (No. 24613)
                                                                BALLARD SPAHR LLP
                                                               300 East Lombard Street, 18th Floor
                                                               Baltimore, MD 21202-3268
                                                              (410) 528-5527
                                                              (410) 528-5650
                                                              scottr@ballardspahr.com
                                                              *Attorneys for Defendant PNC Bank, N.A.,*
                                                              *including its division PNC Mortgage*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2015, copies of the foregoing Motion to Dismiss of Defendant PNC Bank, N.A., together with the Memorandum in Support and proposed Order, were electronically served through the CM/ECF system on all counsel who have entered appearances herein.

                                                              */s/ Daniel J. Tobin*
                                                              Daniel J. Tobin

DMEAST #22148288 v2