IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

\_\_\_ FILED \_\_\_\_\_ ENTERED
\_\_\_ LODGED \_\_\_\_\_ RECEIVED

NOV 20 2017

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| **EDWARD J. & VICKIE FANGMAN, et al.** | |
| Plaintiffs, | |
| v. | Civil Action No.: 1:14-CV-00081-RDB |
| **GENUINE TITLE, LLC, et al.** | |
| Defendants. | |

## ORDER

UPON CONSIDERATION of Class Counsels' Petition for Attorneys' Fees and Expenses and Class Representatives' Service Awards for the West Town Settlement, any opposition thereto, and hearing on the matter, it is this 20th day of November, 2017, by the United States District Court for the District of Maryland hereby:

**ORDERED**, that Class Counsels' Petition for Attorneys' Fees and Expenses and Class Representative's Service Awards for the West Town Settlement be and hereby is **GRANTED**; it is further

**ORDERED**, that the Court finds that the request for attorneys' fees totaling 25% of the amount of the Aggregate Settlement Value, or **$240,257.14**, is fair and reasonable and is hereby awarded to Class Counsel to be paid by West Town no later than 90 days after Finality; it is further

**ORDERED**, that the Court finds the request for Class Counsels' expenses totaling **$49,589.06**, is fair and reasonable and is hereby awarded to Class Counsel to be paid by West Town no later than 90 days after Finality; and it is further

**ORDERED**, that the Court finds that a $5,000 Service Award is fair and reasonable and shall be paid by West Town to each Class Representative, namely Jameson Cooper, Katherine Cooper, and Geraldine Walters, to be paid by West Town in addition to their Settlement Benefits.

/s/ Richard D. Bennett

Richard D. Bennett
Judge, United States District Court